# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOEL K. RUMPH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PSSI GLOBAL, LLC, a Nevada limited liability company; ROBERT LAMB, an individual; DOES I through X, inclusive, ROES Corporations I through X, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-00932-HDM-GWF<br><br>ORDER GRANTING STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE |

Plaintiff Joel K. Rumph and defendants PSSI Global Services, LLC and Robert Lamb, by and through their undersigned

. . .

. . .

. . .

counsel, hereby stipulate and agree that this action shall be dismissed with prejudice.

Dated this 10th day of January, 2011.

Respectfully submitted,

COGBURN LAW OFFICES

By: _____
Andrew L. Rempfer
9555 S. Eastern Avenue
Suite 280
Las Vegas, NV  89123

Attorneys for Plaintiff
Joel K. Rumph

Respectfully submitted,

LIONEL SAWYER & COLLINS

By: _____
Malani L. Kotchka
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
PSSI Global Services, LLC
and Robert Lamb

ORDER

Upon receipt and review of the foregoing Stipulation, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE
HOWARD D. McKIBBEN

Dated: January 11, 2011

2